# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-00115-01-CR-W-HFS |
| | ) | |
| WENDELL TIALLO CLEMONS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On May 20, 2021, the Grand Jury returned a two-count Indictment charging Defendant Wendell Tiallo Clemons with forcibly resisting a federal law enforcement officer (Count One) and being a felon in possession of a firearm (Count Two).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Joseph M. Marquez
        Case Agent: Lieutenant Gary Cross, VA Police Department
    Defense: Arimeta R. DuPree and Stephanie Burton

**OUTSTANDING MOTIONS**: Objections to the Report and Recommendation (Doc. #51) were filed on March 30, 2022. (Doc. #62.) The United States' Response was filed on April 13, 2022. (Doc. #63.)

| 10/19/2021 | view34 | MOTION to suppress results of vehicle search by Wendell Tiallo Clemons. Suggestions in opposition/response due by 11/2/2021 unless otherwise directed by the court. (Francis, Jane) (Entered: 10/19/2021) |
|---|---|---|
| 02/09/2022 | view51 | REPORT AND RECOMMENDATION as to Wendell Tiallo Clemons re 34 Motion to Suppress. Objections to R&R due by 2/23/2022. Signed on 2/9/2022 by Magistrate Judge Sarah W. Hays. (Bliss, Sue) (Entered: 02/09/2022) |

**TRIAL WITNESSES**:
    Government: 5-6 with stipulations; 6-7 without stipulations
    Defendant: 3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
> Government: approximately 15 exhibits
> Defendant: approximately 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
> (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
> Government's case including jury selection: 1 ½ day(s)
> Defendant: ½ day(s)

**STIPULATIONS**: None at this time. Possible stipulation as to nexus of the firearm.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

> **Witness and Exhibit List**
> > Government: None filed. **Due on or before September 13, 2022.**
> > Defendant: None filed. **Due on or before September 13, 2022**.
>
> **Counsel are requested to list witnesses in alphabetical order on their witness list.**
>
> **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on**

or before September 21, 2022.

**Please Note**: Jury instructions must comply with Local Rule 51.1

> **Motion in Limine: Due on or before September 21, 2022.**

**TRIAL SETTING**: Criminal jury trial docket set for September 26, 2022.

> **Please note:** The Government may be requesting a continuance as their case agent is currently deployed. They will try to proceed without the case agent. Defense counsel requests the second week of the docket (October 3, 2022).
>
> **IT IS SO ORDERED**

> */s/ Lajuana M. Counts*
> LAJUANA M. COUNTS
> UNITED STATES MAGISTRATE JUDGE