# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WENDELL TIALLO CLEMONS, )<br>)<br>Defendant. ) | Case No. 21-00115-01-CR-W-HFS |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On May 20, 2021, the Grand Jury returned a two-count Indictment charging Defendant Wendell Tiallo Clemons with forcibly resisting a federal law enforcement officer (Count One) and being a felon in possession of a firearm (Count Two).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Joseph M. Marquez and Stephanie Bradshaw
      Case Agent: Lieutenant Gary Cross, VA Police Department
    Defense: Stephanie Burton and Arimeta R. DuPree

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 5-6 with stipulations; 6-7 without stipulations
    Defendant: 3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 19 exhibits
    Defendant: approximately 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
    Government's case including jury selection: 1 ½ day(s)
    Defendant: ½ day(s)

**STIPULATIONS**: None at this time. Possible stipulation as to nexus of the firearm and conviction, however Defendant may not allow such stipulation.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: None filed. **Due on or before December 27, 2022.**
        Defendant: None filed. **Due on or before December 27, 2022**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on**

or before January 4, 2023.

Please Note: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before January 4, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for January 9, 2023.

    **Please note:** Defense counsel requests the second week. The Government does not object.

    **IT IS SO ORDERED.**

                                */s/ Lajuana M. Counts*
                                LAJUANA M. COUNTS
                                UNITED STATES MAGISTRATE JUDGE